UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-8094-MWF(RAOx)**                               Dated: **January 27, 2017**

Title:       Robert Cooke -v- Damco Distribution Services Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                None Present
    Relief Courtroom Deputy              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Stipulation filed January 26, 2017, indicating the case has settled in principle, the Court sets a hearing on Order To Show Cause Re Dismissal for **February 27, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                           Initials of Deputy Clerk  __cw__
CIVIL - GEN